MD AL MODIFIED AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| Keith Blackmon )<br>*Plaintiff* )<br>v. ) Civil Action No. 3:14 CV-856-MHT-CSC<br>Cavalry Portfolio and Dynia & Associates )<br>*Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Cavalry Portfolio Services, LLC
    500 Summit Lake Drive, Suite 408
    Valhalla, NY 10595

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Charles M. Ingrum, Jr.
    Ingrum, Rice & Parr, LLC
    830 Avenue A
    Opelika, AL 36801
    (334) 745-3333

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA P. HACKETT, CLERK OF COURT

Date: August 12, 2014

*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*   Cavalry Portfolio Services, LLC
was received by me on *(date)*   _____   .

☐ I personally served the summons on the individual at *(place)*   _____
_____   on *(date)*   _____   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*   _____
_____   , a person of suitable age and discretion who resides there,
on *(date)*   _____   , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*   _____   , who is
designated by law to accept service of process on behalf of *(name of organization)*   _____
_____   on *(date)*   _____   ; or

☐ I returned the summons unexecuted because   _____   ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  _____

*Server's signature*

*Printed name and title*

*Server's address*

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7005 3110 0003 7637 4898

| Postage | $ | |
| --- | --- | --- |
| Certified Fee | | 3:14cv856 |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | SrsLLC |

Sent To  Cavalry Portfolio
Street, Apt. No.; or PO Box No.  500 Summit Lake Dr Ste 400
City, State, ZIP+4  Valhalla, NY 10595

PS Form 3800, June 2002          See Reverse for Instructions

MD AL  MODIFIED AO 440  (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| Keith Blackmon ) | |
| _Plaintiff_ ) | |
| v. ) | Civil Action No. 3:14-CV-856-MHT-CSC |
| Calvary Portfolio and Dynia & Associates ) | |
| _Defendant_ ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
Dynia & Associates, LLC
c/o CSC Lawyers Incorporating Service, Inc.
150 Souh Perry Street
Motgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles M. Ingrum, Jr.
Ingrum, Rice & Parr, LLC
830 Avenue A
Opelika, AL  36801
(334) 745-3333

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA P. HACKETT, CLERK OF COURT

Date: August 12, 2014

_Signature of Clerk or Deputy Clerk_

MD AL MODIFIED AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*   Dynia & Associates, LLC

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

3:14cv856

Sent To: Dynia & Associates
Street, Apt. No.; or PO Box No.: C/o CSC Lawyers
City, State, ZIP+4: 150 S. Perry St. Montgomery, AL 36104

PS Form 3800, June 2002    See Reverse for Instructions

_____
*Printed name and title*

_____
*Server's address*

7003 3110 0003 2637 4904